1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TRES ALBATROSS, LLC, a Washington Limited Liability Company, which conducts business as WASABI BISTRO,<br><br>Plaintiff,<br><br>v.<br><br>OHIO SECURITY INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:25-cv-00873-JHC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Complaint filed April 7, 2025 |

STIPULATION AND ORDER TO EXTEND TIME
FOR DEFENDANT TO RESPOND TO FIRST
AMENDED COMPLAINT

Plaintiff Tres Albatross, LLC d/b/a Wasabi Bistro ("Plaintiff") and Defendant Ohio Security Insurance Company ("Defendant"), by and through their counsel of record, hereby stipulate that Defendant's deadline to respond to the First Amended Complaint in the above-referenced action is extended an additional two weeks, up to and including January 20, 2026.

Dated: January 5, 2026

/s/ *Michelle N. Khoury*
Daniel B. Heidtke, WSBA No. 51034
dbheidtke@duanemorris.com
**DUANE MORRIS LLP**
701 Fifth Avenue
Columbia Tower, 42nd Floor
Seattle, WA 98104
Telephone: +1 512 277 2300
Fax: +1 512 277 2301

Dominica C. Anderson (admitted *pro hac vice*)
dcanderson@duanemorris.com
Michelle N. Khoury (admitted *pro hac vice*)
mkhoury@duanemorris.com
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Telephone: +1 415 957 3000
Fax: +1 415 957 3001

*Counsel for Defendant*
*Ohio Security Insurance Company*

Date: January 5, 2026

/s/ *Brenna Pink Pampena*
Isaac Ruiz, WSBA #35237
iruiz@ruizandsmart.com
Brenna Pink Pampena, #62986
bpampena@ruizandsmart.com
**RUIZ & SMART LLP**
901 Fifth Avenue, Suite 820
Seattle, WA 98164
Telephone: +1 206 203 9100
Fax: +1 206 785 1702

*Counsel for Plaintiff*
*Tres Albatross, LLC*

**IT IS SO ORDERED.**

Dated this 5th day of January, 2026.

_____
HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO EXTEND TIME    - 1
FOR DEFENDANT TO RESPOND TO FIRST
AMENDED COMPLAINT