**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| TRES ALBATROSS LLC, a Washington Limited Liability Company, which conducts business as WASABI BISTRO, | No. 2:25-cv-00873 JHC |
| Plaintiff, | ORDER GRANTING MOTION TO WITHDRAW |
| v. | |
| OHIO SECURITY INSURANCE COMPANY, | |
| Defendant. | |

THIS MATTER came before the Court on Plaintiff's counsel's Motion for Leave to Withdraw. Dkt. # 22. For the reasons presented, the Court GRANTS the motion.

The Court ORDERS Plaintiff to show cause by March 3, 2026 why this matter should not be dismissed without prejudice for failure to prosecute under LCR 83.2(b)(5).

Dated this 17th day of February, 2026.

John H. Chun

JOHN H. CHUN
United States District Judge

ORDER ON MOTION FOR LEAVE TO
WITHDRAW
(No. 2:25-cv 00873 JHC) - 1