# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

TRES ALBATROSS LLC, a Washington Limited Liability Company, which conducts business as WASABI BISTRO,

      Plaintiff,

v.

OHIO SECURITY INSURANCE COMPANY,

      Defendant.

No. 2:25-cv-00873 JHC

ORDER

THIS MATTER comes before the Court *sua* sponte.  Plaintiff failed to show cause by March 3, 2026 why this matter should not be dismissed without prejudice for failure to prosecute under LCR 83.2(b)(5).  *See* Dkt. # 26.  Thus, the Court DISMISSES this matter without prejudice.

Dated this 4th day of March, 2026.

_____
JOHN H. CHUN
United States District Judge

ORDER
(No. 2:25-cv 00873 JHC) - 1